1914.) Action by Jonas Hecht against Ignatz Wahl. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

———

HEDGES, Respondent, v. PIONEER IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Dayton Hedges against the Pioneer Iron Works. No opinion. Orders affirmed, with $10 costs and disbursements.

———

HEIFERMAN, v. GREENHUT CLOAK CO. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Frank Heiferman against the Greenhut Cloak Company. No opinion. Application granted. Order signed. See, also, 83 Misc. Rep. 435, 145 N. Y. Supp. 142.

———

HEILBRUNN v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Appeal from Appellate Term, First Department. Action by Simon Heilbrunn against the North British & Mercantile Insurance Company of London & Edinburgh. From a determination affirming an order of the City Court granting a motion for judgment, and dismissing the complaint for failure of plaintiff to reply to separate defense contained in the answer, plaintiff appeals. Determination affirmed, and appeal allowed to the Court of Appeals; the questions to be certified to be determined on settlement of order. Jacob R. Schiff, of New York City, for appellant. Leo Levy, of New York City, for respondent.

PER CURIAM. The determination appealed from is affirmed, with $10 costs and disbursements, on the authority of Heilbrunn v. German Alliance Insurance Co., 150 App. Div. 670, 135 N. Y. Supp. 769. An appeal is allowed to the Court of Appeals; the questions to be certified to be determined on settlement of the order.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent, on the dissenting opinion in Heilbrunn v. German Alliance Ins. Co., supra.

———

HERRMANN, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Alicia Herrmann against Harry Herrmann.

PER CURIAM. Judgment affirmed. There is no exception in the case which presents a question for review in this court.

———

HIRSCH, Respondent, v. LICHTENSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Charles S. Hirsch against Solomon K. Lichtenstein. A. S. Friend, of New York City, for appellant. A. K. Stricker, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 79 Misc. Rep. 31, 139 N. Y. Supp. 4.

McLAUGHLIN, J., dissents.

———

HOEFLE, Appellant, v. AMERICAN LAUNDRY MACHINERY MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Emil Hoefle, as trustee, etc., against the American Laundry Machinery Manufacturing Company. No opinion. Order of the Special term of January 14, 1914, affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 621.

———

In re HOLLE et al. In re TAMMANY et al. (Supreme Court, Appellate Division, Third Department, March 13, 1914.) In the matter of the application of Charles J. Holle and others for judicial review of the primary election of the Democratic party in the Fifteenth ward of the city of Albany. In the matter of the application to punish John Tammany and others for an alleged contempt of court, arising in the above-entitled proceeding. No opinion. Motions granted. See, also, 160 App. Div. 369, 145 N. Y. Supp. 388.

———

HOPGOOD, Respondent, v. McCONNELL PRINTING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Thomas H. Hopgood against the McConnell Printing Company. C. J. Shearn, of New York City, for appellant. O. W. Ehrhorn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

H. P. SICKLES CO., Respondent, v. R. T. FORD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the H. P. Sickles Company against the R. T. Ford Company. No opinion. Judgment affirmed, with costs.

———

HUGHES, Respondent, v. NEW YORK PUB. CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by George Hughes against the New York Publishing Company, Limited. W. Huck, Jr., of New York City, for appellant. J. F. Brosnan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

IENNA, Respondent, v. TOWBIN, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Charles Ienna, an infant, etc., against Lewis Towbin. E. J. Redington, of New York City, for appellant. S. Wechsler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.